# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-40088
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
October 3, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDWIN PEDRO GALICIA,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:20-CR-63-10

————————————————————————

Before WIENER, STEWART, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Edwin Pedro Galicia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galicia has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Galicia's claims of

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40088

ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Galicia's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.